[Nos. 8582–1–III; 8628–3–III. Division Three. September 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY L. McKEE, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY A. FLOTA, *Appellant.*

Appeals from a judgment of the Superior Court for Grant County, No. 86–1–00197–5, Evan E. Sperline, J., entered

April 27, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.